STATE OF CONNECTICUT *v.* MATTHEW J. WEHRLE
(9610)

DALY, LAVERY and LANDAU, Js.

Argued May 2—decision released May 28, 1991

*William Domnarski,* for the appellant (defendant).

*Paul J. Ferencek,* assistant state's attorney, with whom, on the brief, were *Patricia Swords,* state's attorney, and *Sandra Tulius,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.